```
ADAM WANG (SBN 201233)
LAW OFFICES OF ADAM WANG
12 S First Street, Suite 613
San Jose, CA 95113
Tel: 408-292-1040
Fax: 408-292-1045
```

Attorney for Plaintiffs

FILED
2008 JAN 25 P 2:39
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

ADR

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

C 08  00612  RS

| | |
|---|---|
| MANUEL GARNICA and GOMEZ VILLEGAS, <br><br> Plaintiffs, <br><br> vs. <br><br> TINA BLOCK, ROBERT BLOCK doing business as CREATIVE HORTICULTURE, and DOES 1-10, <br><br> Defendants | Case No: <br><br> DEMAND FOR JURY TRIAL |

Plaintiffs demand a jury trial of causes of action alleged in their Complaint.

Dated: January 24, 2008

By: /s/ Adam Wang
Adam Wang
Attorney for Plaintiffs