**United States District Court**
For the Northern District of California

\*E-FILED\*
May 1, 2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL GARNICA, et al., | No. C 08-00612 RS |
| Plaintiffs, | **CLERK'S NOTICE** |
| v. | |
| CREATIVE HORTICULTURE, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Due to the unavailability of the Court, the case management conference in the above-captioned matter currently set for May 14, 2008 at 2:30 p.m. has been continued to **May 21, 2008 at 2:30 p.m.**

The parties shall make a determination regarding the issue of consent to the jurisdiction of the Magistrate Judge and file the appropriate form no later than **May 14, 2008**.

Dated: May 1, 2008

For the Court,
RICHARD W. WEIKING, Clerk

By: /s/ Martha Parker Brown
Courtroom Deputy Clerk

**THIS IS TO CERTIFY THAT THIS NOTICE WAS DELIVERED TO:**

Adam Wang    waqw@sbcglobal.net

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.