1  Adam Wang (SBN 201233)
   LAW OFFICES OF ADAM WANG
2  12 S. First Street, Suite 613
   San Jose, CA 95113
3  Tel:  292-1040
   Fax: 416-0248
4  waqw@sbcglobal.net

5  Attorney for Plaintiffs

6  Rona P. Layton (SBN: 121238)
   SIMS & LAYTON
7  84 W. Santa Clara St., #660
   San Jose, CA 95113
8  Tel:  998-3400
   Fax: 297-1104
9  rlayton@simsandlayton.com

10 Attorneys for Defendants

11

12                    UNITED STATES DISTRICT COURT

13                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                             SAN JOSE DIVISION

15

| | |
|---|---|
| MANUEL GARNICA and GOMEZ VILLEGAS,<br><br>            Plaintiffs,<br><br>v.<br><br>TINA BLOCK, ROBERT BLOCK doing business as CREATIVE HORTICULTURE, and DOES 1-10,<br><br>            Defendants. | CASE NO. C08-00612 RS<br><br>STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON<br><br>CMC Date: May 21, 2008<br>Time:      2:30 p.m.<br>Room:     Courtroom 4<br>Judge:     Hon. Richard Seeborg |

        Adam Wang, by and on behalf of plaintiffs Manuel Garnica and Gomez Villegas, and Rona P. Layton, appearing specially on behalf of defendants Tina Block and Robert Block doing business as Creative Horticulture, hereby stipulate that the Initial Case Management Conference in this matter, currently set for May 21, 2008, be moved to a date set by the Court 60-90 days after the current date.  The schedule change is necessary because defendants have moved out of the state and were only served on April 21, 2008. Additionally, counsel are discussing various issues which may

Stip and Order C08-00612 RS                    1

affect the litigation, and which counsel would like to resolve before an answer is due. To that end, plaintiffs have given defendants an extension of time to answer until May 30, 2008.

LAW OFFICES OF ADAM WANG

Dated:   5/16/08                            By:   /s/ Adam Wang
                                                  ADAM WANG
                                                  Attorney for Plaintiffs


SIMS & LAYTON

Dated:   5/16/08                            By:   /s/ Rona P. Layton
                                                  RONA P. LAYTON
                                                  Attorneys for Defendants

ORDER

Good cause appearing, pursuant to the Stipulation of the parties, the Court ORDERS the Initial Case Management Conference to be continued to _____, 2008 at 2:30 p.m.

Dated: _____   By: _____
                                             HON. RICHARD SEEBORG
                                             UNITED STATES DISTRICT COURT
                                             MAGISTRATE JUDGE