1  Adam Wang (SBN 201233)
   LAW OFFICES OF ADAM WANG
2  12 S. First Street, Suite 613                         *E-FILED 5/19/08*
   San Jose, CA 95113
3  Tel:  292-1040
   Fax: 416-0248
4  waqw@sbcglobal.net

5  Attorney for Plaintiffs

6  Rona P. Layton (SBN: 121238)
   SIMS & LAYTON
7  84 W. Santa Clara St., #660
   San Jose, CA 95113
8  Tel:  998-3400
   Fax: 297-1104
9  rlayton@simsandlayton.com

10 Attorneys for Defendants

11

12                       UNITED STATES DISTRICT COURT

13             FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                            SAN JOSE DIVISION

15

16 MANUEL GARNICA and GOMEZ              CASE NO. C08-00612 RS
   VILLEGAS,
17                                       STIPULATION CONTINUING CASE
            Plaintiffs,                  MANAGEMENT CONFERENCE;
18                                       [PROPOSED] ORDER THEREON
   v.
19                                       CMC Date: May 21, 2008
   TINA BLOCK, ROBERT BLOCK doing        Time:        2:30 p.m.
20 business as CREATIVE HORTICULTURE,    Room:        Courtroom 4
   and DOES 1-10,                        Judge:       Hon. Richard Seeborg
21
            Defendants.
22

23        Adam Wang, by and on behalf of plaintiffs Manuel Garnica and Gomez Villegas, and Rona

24 P. Layton, appearing specially on behalf of defendants Tina Block and Robert Block doing business

25 as Creative Horticulture, hereby stipulate that the Initial Case Management Conference in this

26 matter, currently set for May 21, 2008, be moved to a date set by the Court 60-90 days after the

27 current date.  The schedule change is necessary because defendants have moved out of the state and

28 were only served on April 21, 2008. Additionally, counsel are discussing various issues which may

Stip and Order C08-00612 RS                  1

1   affect the litigation, and which counsel would like to resolve before an answer is due.  To that end,

2   plaintiffs have given defendants an extension of time to answer until May 30, 2008.

3                                                    LAW OFFICES OF ADAM WANG

4   Dated: _____5/16/08_____   By: __/s/ Adam Wang_____
                                                    ADAM WANG
5                                                    Attorney for Plaintiffs

6
                                                    SIMS & LAYTON
7
    Dated: _____5/16/08_____   By: __/s/ Rona P. Layton_____
8                                                    RONA P. LAYTON
                                                    Attorneys for Defendants
9

10                                    ORDER

11       Good cause appearing, pursuant to the Stipulation of the parties, the Court ORDERS the

12  Initial Case Management Conference to be continued to ___8/20_____, 2008 at 2:30 p.m.

13  Dated: ___May 19, 2008_____   By: _____
                                                    HON. RICHARD SEEBORG
14                                                   UNITED STATES DISTRICT COURT
                                                    MAGISTRATE JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stip and Order C08-00612 RS                    2