**\*E-FILED\***
**August 19, 2008**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL GARNICA, et al., | No. C 08-00612 RS |
| Plaintiffs, | |
| v. | **CLERK'S NOTICE** |
| TINA BLOCK, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The case management conference in the above-captioned matter currently set for August 20, 2008 at 2:30 p.m. has been continued to **September 3, 2008 at 2:30 p.m.**

The parties shall make a determination regarding the issue of consent to the jurisdiction of the Magistrate Judge and file the appropriate form no later than August 27, 2008.

Dated: August 19, 2008

          For the Court,
          RICHARD W. WEIKING, Clerk

          By:   /s/ Martha Parker Brown
                    Courtroom Deputy Clerk

**United States District Court**
For the Northern District of California

1  **THIS NOTICE WAS ELECTRONICALLY PROVIDED TO:**

2  Adam Wang    waqw@sbcglobal.net

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28