**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
──────────────
www.cand.uscourts.gov

Richard W. Wieking                                                      General Court Number
Clerk                                                                              408.535.5364


**August 28, 2008**


**CASE NUMBER:  CV 08-00612 RS**
**CASE TITLE:  MANUEL GARNICA, ET AL.-v-CREATIVE HORTICULTURE, ET AL.**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.  Case reassigned

to the **Honorable Jeremy Fogel** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JF** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 08/28/08


FOR THE EXECUTIVE COMMITTEE:

_____
                                                                 Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                    Special Projects
Log Book Noted                                          Entered in Computer 08/28/08 tsh


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                Transferor CSA