ADAM WANG, Bar No. 201233  *E-Filed 01/21/2010*
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 708
San Jose, CA 95113
Tel: (408) 292-1040
Fax: (408) 416-0248
adamqwang@gmail.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| MANUEL GARNICA and GOMEZ VILLEGAS,<br><br>Plaintiffs,<br>vs.<br><br>CREATIVE HORTICULTURE, TINA BLOCK, ROBERT BLOCK and DOES 1-10,<br><br>Defendants | Case No.: C08-00612 RS<br><br>PLAINTIFFS' REQUEST TO DISMISS THE CASE WITHOUT PREJUDICE & [PROPOSED] ORDER THEREON |

In light of the lack of jurisdiction for claims stated under federal law, Plaintiffs request this Court to dismiss this action without prejudice.

Dated: January 17, 2010            By: /s/ Adam Wang
                                       ADAM WANG
                                       Attorney for Plaintiffs

[PROPOSED] ORDER

In light of the parties expressly stated lack of jurisdiction for claims stated under federal law, IT IS HEREBY ORDERED that the Plaintiffs' claims stated under California law be dismissed without prejudice.

IT IS SO ORDERED.
Dated: January 21, 2010           By: /s/ Richard Seeborg
                                      Richard Seeborg
                                      US District Judge

PLAINTIFFS' RESPONSE TO OSC

1                    Case No. C08-00612 RS